378 F.2d 372
 SAYRE & CO., Ltd., Appellant,
v.
A. G. MADDOX, Commissioner of Revenue and Taxation, Appellee.
 No. 20771.
 United States Court of Appeals Ninth Circuit.
 May 5, 1967.
 
 Appeal from the United States District Court for the District of Guam; Paul D. Shriver, Judge.
 Barrett, Ferenz & Trapp, W. Scott Barrett, David S. Madis, Oakland, Cal., & Agana, Guam, for appellant.
 Harold W. Burnett, Atty. Gen., C. E. Morrison, Asst. Atty. Gen., Olen Burnett, Atty., Agana, Guam, for appellee.
 Before BROWNING and DUNIWAY, Circuit Judges, and TAVARES, District Judge.
 PER CURIAM:
 
 
 1
 The judgment is reversed on the authority of Atkins-Kroll (Guam) Ltd. v. Government of Guam, 367 F.2d 127 (9th Cir. 1966) certiorari denied 386 U.S. 993, 87 S.Ct. 1309, 18 L.Ed.2d 339 (1967).